Concur — Peck, P. J., Cohn, Breitel, Bastow and Rabin, JJ. [See 285 App. Div. 692.]

In the Matter of JERVEY C. HAMILTON, Respondent, against GEORGE P. MONAGHAN, as Police Commissioner of the City of New York, Appellant.—

Concur — Peck, P. J., Cohn, Breitel, Bastow and Rabin, JJ. [See 285 App. Div. 692.]

JARKA CORPORATION v. FIREMAN'S FUND INDEMNITY COMPANY et al.—

Concur — Peck, P. J., Cohn, Breitel and Rabin, JJ. [See ante, p. 148.]

JARKA CORPORATION v. FIREMAN'S FUND INDEMNITY COMPANY et al.—

Concur — Peck, P. J., Cohn, Breitel and Rabin, JJ. [See ante, p. 148.]

HENRIETTA T. PEABODY v. STEPHEN PEABODY.—

Concur — Breitel, J. P., Bastow, Botein and Rabin, JJ. [See ante, p. 810.]

(October 13, 1955.)

In the Matter of the Readjustment, Modification and Reorganization of 597–599 HUDSON STREET. ALPERT BROS., Appellant; SAMUEL LAX, as Trustee, Respondent.— Concur — Peck, P. J., Breitel, Bastow and Cox, JJ.

(October 18, 1955.)

In the Matter of ASSOCIATED OPERATING COMPANY et al., Appellants, against ALFRED J. BOHLINGER, as Superintendent of Insurance of the State of New York, et al., Respondents.—

No opinion. Concur — Peck, P. J., Bastow, Botein and Rabin, JJ. [See 1 A D 2d 664.]

In the Matter of the Accounting of the Directors of DUG-OUT, INCORPORATED, Petitioner. PAN AMERICAN FOUNDATION, INC., Appellant; UNITED SERVICE ORGANIZATIONS, INC., et al., Respondents.—

No opinion. Concur — Peck, P. J., Bastow, Botein and Rabin, JJ.